# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAWN R. TINGLE o/b/o D.B.,** | : |
| **Plaintiff,** | : |
| | : Civil Action |
| v. | : |
| | : No. 10-cv-398 |
| **CAROLYN W. COLVIN,**[1] **ACTING COMMISSIONER OF SOCIAL SECURITY** | : |
| **Defendant.** | : |

## ORDER

**AND NOW**, this 11th day of October 2013, upon consideration of plaintiff's objections (Doc. No. 19), the defendant's response thereto (Doc. No. 20) and a *de novo* review of Judge Restrepo's report and recommendation (Doc. No. 18), **IT IS HEREBY ORDERED:**

1. Plaintiff's objections are **OVERRULED**;

2. The report and recommendation is **APPROVED** and **ADOPTED;**

3. The Clerk is directed to mark this case **CLOSED**.

BY THE COURT

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.

---

[1] On February 14, 2013, Carolyn W. Colvin became the Acting Commissioner of the Social Security Administration and, therefore, she should be automatically substituted as the Sefendant in this action. See Fed. R. Civ. P. 25(d).